UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2026 AUG 24 P 2:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

LINDSAY CLANCY,
Petitioner
v.

CASE NO.

Plymouth County Superior Court; WARDEN, County Jail; CENTRAL INTELLIGENCE AGENCY,
Respondents

PETITION FOR A WRIT OF HABEAS CORPUS; 28 USC 2241

Petitioner Lindsay Clancy by and through Frederick Banks, Next Friend files this petition for A writ of Habeas Corpus under 28 USC 2241 and represents as follows.

Lindsay Clancy ("petitioner") is on trial for murder of her own children. Petitioner alleges that "male voices told her to kill her children." Clancy heard "voices" and theses "voices" controlled her actions. These so called voices were the CIA office of Science and Technology Behavior Modification Program. The CIA sent a wireless signal via satellite to Clancy and piped in video and audio which told, controlled and directed her to commit the crimes which violated Clancy's Due process Rights and constituted a 4th Amendment unlawful seizure. See Foggy v. United States Gov't 2007 U.S. Dist LEXIS 103230 (DC Idaho May 16, 2007) (U.S. Government placed "Hollywood voices" "in my head which told me to kill my son"); Schlemmer v. CIA 15cv1583 (2015 WDPA) (CIA placed voices inside Schlemmer's head which told her to kill her sons); Jeckyl v. Hyde 2020 U.S. Dist LEXIS 18266 (DC CAL Feb 3, 2020); https://www.JRN.com/KmiR6/NEWS/17005911.html (KmiR6 news

report hundreds of men in California hearing voices sent by federal government); TayLoR v. Conti 20 F. Supp. 3d 219 (DC Col 2014) (CIA technology used "allowed a microwave phone call directly to the brain" in such a way that the CIA can "collect intelligence from surroundings wherever he went."); See Telepathic Behavior Modification at CIA.gov; Synthetic Telepathy at nbcnews.com; Targeting Americans at 60 minutes cbsnews.com; Voice of God weapon at wired.com; See also 50 USC § 3519b Havana Act allowing claims for CIA electronic harassment

Because of these 5th, 14th and 4th Amendment Constitutional violations and violations of the FISA Act the court should order petitioner discharged from unlawful custody because petitioner is unlawfully held by Respondents in this District

Clancy is mentally incapacitated because of the CIA remote electronic harassment and her counsel and the court are being remotely controlled by the CIA using the above technology to make a "mental Health media cycle" which also includes Hayden pattHaire who the CIA may have also killed using the same technology. The Court should order the FISA Disclosed in camera under 50 USC 1806(f) on these events, and appoint counsel to this case with the necessary security clearances. Because the CIA controls Clancy and her counsel it would be impossible for her or her Lawyer to

bring the Habeas petition. Banks is a victim of CIA electronic harassment who is truly dedicated to petitioner's interest. See USA v. Banks 55 F.4th 246 (3d cir 2022) (In the process of striking down the fraud guidelines as to intended Loss which released nearly 5000 prisoners Banks alleged that he was a victim of CIA electronic harassment see also USA v. Banks 15 CR 168 (WDPA) noting in a 2016 letter to Ivanka Trump that Banks exposed the FISA warrant on the 2016 Trump campaign). Finally Banks is the acting agent for Clancy so the court should either hear this petition or appoint counsel to hear it. Morris v. United States 399 F. Supp 720 (ED va 1975).

WHEREFORE, the foregoing petition for a writ of Habeas corpus should be granted. petitioner Lindsay Clancy should be discharged from custody, counsel should be appointed, the court should order the FISA surrounding the allegations of this petition disclosed along with all other requested and warranted relief.

Respectfully Submitted,

[signature]

Frederick Banks
as next friend for

Lindsay Clancy
#6574068
Box 2000
Joint Base MDL, NJ 08640