UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BANKS,<br><br>Petitioner,<br><br>v.<br><br>PLYMOUTH COUNTY SUPERIOR COURT, et al.,<br><br>Respondents. | Civil Action No. 26-cv-13896-LTS |

ORDER

August 25, 2026

SOROKIN, D.J.

Frederick Banks, who is confined at FCI Dix in New Jersey, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, purporting to do so as "next friend" to Lindsay Clancy, who is on trial in the Plymouth Superior Court in Massachusetts for the death of her children. Banks claims, inter alia, that "[t]he CIA sent a wireless signal via satellite to Clancy and piped in video and audio which told, controlled, and directed her to commit the crimes." Pet. at 1.

A petition for a writ of habeas corpus may be signed by "someone acting in behalf" of "the person for whose relief [the petition] is intended. 28 U.S.C. § 2242. However, "'next friend' habeas petitions are rare," and "the filing party must show both that [he] is proceeding in the prisoner's behalf and that there is a valid reason why [he] is better situated than the prisoner to pursue the writ." Figuero v. Rivera, 147 F.3d 77, 82 (1st Cir. 1998). Here, Banks makes no such showing.

Accordingly, the petition is DENIED.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE